# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0854

VERSUS

OSCAR WOODEN

**NOVEMBER 19, 2020**

---

In Re:    Oscar Wooden, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 40254 & 40255.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED AS MOOT.** The record of the Ascension Parish Clerk of Court's Office shows that on October 21, 2020, relator entered guilty pleas and was sentenced on the charges at issue in the writ application. Accordingly, the relief relator seeks is moot.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT